Case 1:19-cv-04600-CM Document 2-1 Filed 05/20/19 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-5-19

DALE EWERS

(Full name(s) of the plaintiff or petitioner applying (each person must submit a separate application)

19 CV 4599 (CM) ( )

(Enter case number and initials of assigned judges, if available; if filing this with your complaint, you will not yet have a case number or assigned judges.)

-against-

EMPIRE STATE RECOVERY FUNDS
EMPIRE STATE DEVELOPMENT

(Full name(s) of the defendant(s)/respondent(s).)

(INSURORS OF EMPIRE STATE FUNDS)

## APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* ("IFP") (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?* ☒ Yes ☐ No (If "No," go to Question 2.)

   I am being held at: P.T.D.C. 1321 N.W. 13TH ST MIAMI FL 33125

   Do you receive any payment from this institution? ☐ Yes ☒ No

   Monthly amount: NONE WHATSOEVER NO PAY ACCOUNT

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed? ☐ Yes ☒ No

   If "yes," my employer's name and address are:

   Gross monthly pay or wages: NONE

   If "no," what was your last date of employment? 2017

   Gross monthly wages at the time: NONE MEDICAL EXPENSES ETC.

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment ☐ Yes ☒ No

   (b) Rent payments, interest, or dividends ☐ Yes ☒ No

   NO STOCK NO BONDS NO NOTHING, MANY PREVIOUS MEDICAL BILLS ETC...

| | | |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☒ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☒ No |
| (e) Gifts or inheritances | ☐ Yes | ☒ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☒ No |
| (g) Any other sources | ☐ Yes | ☒ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Ø NONE NO DOLLARS.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

NONE NOW NONE AT ALL

4. How much money do you have in cash or in a checking, savings, or inmate account?

NONE AT ALL NO! CHECKING / SAVING 21YRS

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

NONE NOW FOREIGN NATIONAL - IN N.Y.C. 45 PLUS YEARS - MANY BILLS

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

NO NONE AT ALL NOW.

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

NONE - MANY EXES - ETC

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

MANY - M.C.H. - HOSP IN SEATTLE - J.M.H. [illegible] MANY CREDIT CO ETC.

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

MAY 31, 2019
Dated

[signature]
Signature

EGBERS DALE ALNSLOW (CO)
Name (Last, First, MI)

1701-22-625
Prison Identification # (if incarcerated)

1321 N.W. 13TH ST. MIAMI FL 33125
Address City State Zip Code

Telephone Number

E-mail Address (if available)