2019 JUL 17 S.D. OF N.Y.

1. UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL ST. NY NY 100

2. DALE EWERS

PLAINTIFF

3. EMPIRE STATE RECOVERY FUND
4. EMPIRE STATE DEVELOPEMENT
5. EMPIRE STATE RECOVERY AND DEVELOPEMENT FUNDS INSURANCE COMPANIES

ATTENTION: HONOURABLE CHIEF JUDGE: COLLEEN McMAHON

Filing DATE: (14c) & (18c) July 12, 2019

CASE: NO: 18-CV-4599 (CM)

6. MOTION: DEMAND: By Plaintiff FOR IMMEDIATE / JURY TRIAL AND OR COURT ORDERED AWARD OF ALL DAMAGES TO BE AWARDED TO PLAINTIFF FROM INITIAL FILINGS FROM JAN 2019 TO JULY 2019. -AND OR- COURT INSTRU FOR NEXT PHASE OF SUIT - TR

TO HONOURABLE COURT, HONOURABLE JUDGE COLLEEN McMAHON

Because Of The Legal Complexities RE: W.T.C. WORLD TRADE CENTER / 9-11 EVENT, AND THE ENSUING MULTIPLE MEDICAL RECORDS ALSO THE COMPLEXITIES OF THE FEDERAL LAWS -AND- THE DISTANCE OF PLAINTIFF DALE EWERS IN A STATE JAIL, (FL).

Petition Plea, Prayer For Relief WITH THE APPOINTMENT OF COUNCEL, LAWYER, COURT PARALEGAL ETC....

ANY SORT OF COUNSEL
IE: FED. PUB DEFENDER
-OR- IE: REGIONAL COUNSEL
-OR- IE: New York CITY. A.C.L.U. AMERICAN CIVIL LIBERTY UNION (COUNCEL)
-OR- IE: STATE -AND OR- CITY PUBLIC DEFENDER OFFICE

-OR- IE: CORDOZA SCHOOL OF LAW
55 5TH AVE -AND- 40 WORTH ST N.Y. N.Y. 10013
-OR- IE: PACE SCHOOL OF LAW

-OR- IE: C.U.N.Y. City University New York LAW SCHOOLS.
N.Y. N.Y. 10016.

-OR- IE: CONNECTION REVIEW PROGRAM (Law Program)
IN: New York City -or-
IN: AT: Brooklyn N.Y.

LawYer Executive Director:
RONALD SULLIVAN.

-OR- IE: ANY LAWYER THIS HONOURABLE COURT DEEMS FIT AND PROPER.

8. **MOTION: NO #3** TO THE Honourable Court, Honourable Judge Coleen McMAHON

Plaintiff Requests- Motions- Demands A Court Order To All Defendants To Submit The Following.

1. NAMES AND ADRESSES OF THEIR LAWYERS, LAW FIRMS INSURANCE COMPANIES NAMES, AS WELL AS PHONE AND

E-MAIL ADDRESS.



9. MOTION # 4 TO The Honorable Court And To Honorable Judge Colleen McMAHON

Plaintiff REQUEST A COURT ORDER OR DIRECTION TO THE

(1) CLERK OF COURT
(2) DEPUTY CLERK OF COURTS
(3) MARSHALLS / PROCESS SERVERS

RE: PHONE ACCESS TO THIS COURT FROM FLORIDA Family PRISON: NOTE: PHONE NO: 718-613-6000 ?!! IS NOT OPERATIONAL AT PRE-TRIAL DETENTION CENTER.

TO THE CLERK- PLEASE PROVIDE PHONE NUMBERS THAT CAN BE ACCESSED VIA- PRISON - COLLECT CALLS IE: - 888 = PHONE NO# OR IE- 800 - PHONE NO# THAT CAN BE ACCESSED BY INMATE OR 212 - no 718 - (3/6) NUMBERS FOR INMATE ACCESS. (COLLECT)

10. MOTION NO. 5 Relation On Injunctions For Initial Payments FROM THE LISTED DEFENDANTS. A COURT RULING BY THIS HONOURABLE COURT, HONOURABLE JUDGE COLLEEN McMAHON Damages - Payments For Injuries (INITIAL) $ 50,000.00 Fifty Thousand Dollars -OR- COURT RULING ON APPROPRIATE AMOUNT AT THIS TIME.

FED. C. Rules / N.Y. COURT Rules:

11. CERTIFICATE OF INTERESTED PERSONS

1. N.Y. A.C.L.U.
N.Y. N.Y. 10012

2. A.C.L.U. (FLORIDA)
CHIEF OF CIVIL RIGHTS DIVISION
4500 BISCAYNE BLVD
SUITE 340
MIAMI FL. 33137
305-576-2336 FAX 305-576-7106

3. CORDOZO SCHOOL OF LAW
55 FIFTH AVE -AND- 40 WORTH ST.
N.Y. N.Y. 10013

*** 4. W.T.C. HEALTH PROGRAM
395 E. STREET S.W.
SUITE 9200
ATTN: FIRST RESPONDER MONITORING
RE: DALE EWERS 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 -AKA-
PATRICK EWERS 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
FIRST RESPONDER C.N.A. PHBL. ERBTECH.
WASH. DIST. CAPITOL 20201

• #5 • • 9-11 - FUND OFFICE AT.
• 1 WORLD TRADE CENTER
FIRST RESPONDERS MONITORS
9-11 MUSEUM
NEW YORK N.Y. 10012
212-982-4748-49.

12. CERTIFICATE OF SERVICE:

Under Penalty of Perjury The Aforementioned Is Factual True And Correct Upon Information And Belief.

TO THE COURT AND CLERK OF COURT PLEASE "SERVE" ALL DEFENDANTS LISTED. AND ALL PARTIES OF INTERESTED PERSONS ON PAGES 5 AND 6 VIA-MAIL - E MAIL, COURIER

ANY MEANS THE CLERK OF COURT DEEMS FIT AS I PLAINTIFF D.E. / HAVE BEEN GRANTED I.F.P. AND AM STILL INDIGENT

DALE EWERS Dale Ewers JULY 12 2019
PRINT SIGNATURE DATE

13 RESPECTFULLY SUBMITTED

DALE EWERS 1701 22625 P.T.D.C.
1321 N.W. 13TH STREET
MIAMI FL 33125
8C3

DALE EWERS Dale Ewers JULY 12 2019
PRINT SIGNATURE DATE

14 * APPENDIX: PLEASE PROVIDE CLK OF CT NAMES — DEPT CLERKS NAMES MARSHAL NAMES — COUNSEL FOR THE COURT NAMES AND - PHONE NO# FOR CORRECTNS. AND - MAIL DOCKET 18-CV-4599(CM) TO PLAINTIFF DALE EWERS

THANKS FOR YOUR PROMPT RESPONSE.

Dale Ewers
170122625
P.T.D.C.
1321 N.W. 13th Street
Miami, FL 33136

The Pre-Trial Detention Center
1321 NW 13 Street
Miami, FL 33136

This correspondence originated at a Miami-Dade Corrections and Rehabilitation facility. MDCR is not responsible for its contents.

neopost
06/27/2019
US POSTAGE
$00.50
ZIP 10007
041L11231778

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
U.S. COURTHOUSE - 500 PEARL STREET
NEW YORK, NY 10007

BUSINESS

LGL. MLZ PAGES.

UNIT 8C3

ATTN: CHIEF JUDGE
COLLEEN McMAHON
ATTN: CLERK OF COURT CASE NO 18-CV-4599
Return Receipt
500 PEARL STREET
N.Y. N.Y. 10007

SDNY
SM
P3
AL

DOCKET SERVICES