Page 1 of 8

1. UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 JUL 24 AM 11:04
S.D. OF N.Y.

2. Dale Ewers
PLAINTIFF
V. -AGAINST-

EMPIRE STATE RECOVERY FUND
EMPIRE STATE DEVELOPEMENT CORP
(INSURANCE COMPANIES)
DEFENDANT

3. Dale Ewers
V -AGAINST-

SEPTEMBER 11TH VICTIM COMPENSATION FUNDS.
(INSURANCE COMPANIES)
DEFENDANT

HONOURABLE CHIEF JUDGE:
COLLEEN McMAHON

CASES:
19-CV-4599 (CM)
19-CV-4600 (CM)

FILING DATE: (14c 16c)
JULY, 22, 2019

4. ** AMMENDED (13c), FILING (18c), Filing Status (EGS).

5. OMNIBUS MOTIONS: (1889) For Multiple Reliefs In 4599 - 4600.

6. Motion For A Hearing - Via - Video - OR - IN Person By PLAINTIFF For A Court (Honourable Judge Colleen McMahon TO CONCIDER RULE ON THE APPOINTMENT OF THE FEDERAL

PUBLIC DEFENDERS OFFICE -OR-
The Regional Conflict Attorneys Office
Of New York -OR- The Law
Offices / Law School / CORDOZA SCHOOL
OF LAW / YESHIVA University -OR-
Law Yer RONALD SULLIVAN OF
CONNECTIONS REVIEW PROGRAM
New York -OR- ANY LAWYER Brooklyn
Appointed TO Represent PLAINTIFF
IN THIS CASE AS THIS IS AN
EMERGENCY-PETITION.
FER:

7. MOTION: NO.# 2.

RE: Discovery: The Discovery Petition In Original Filing Is FOR ONE1.
THE U.S. ARMY (VIDEOS)

TWO 2.
THE N.Y.P.D. New York Police Department Videos.

3. THE U.S. MARINE CHECK POINTS -AND- LOG BOOKS AND VIDEOS SHOWING ME AT W.T.C. 9-11 Site For 3 weeks.

AND ANY OTHER DISCOVERABLE MATERIAL RE: DALE EWERS AKA, PATRICK EWERS FROM OTHER LAW ENFORCEMENT PERSONNEL -AND- OTHER FEDERAL AGENCIES.

8. MOTION: PETITION REQUEST NO: 3:

IN REGARDS TO CONTACT - TO THIS COURT NOTE: I HAVE THE FOLLOWING PHONE NUMBERS THAT CANNOT BE ACESSED/USED UNLESS HONOURABLE JUDGE: COLLEEN McMAHON COURT ORDER THE CLERKS OF COURT

AND- OR ADMINSTRATORS -OR-
CAPTAINS -OR- LIEUTANANTS -OR-
SEARGANTS -OR- CORPORALS AT
Plaintiffs Adress:

In Pre-Trial Detention Center
1321 N.W. 13TH ST.
Miami Fl. 33125.

TO HAVE ACCESS: IE. COLLECT CALL
UNBLOCKED FOR 212-857-8500
-OR-
718-613-6000

OR ANY PHONE. NO# TO THIS
HONOURABLE COURT.
(Note It Must Be Unblocked So I Can
Contact "CLERKS" Of This Court.

9. MOTION: ADMENDED TO AL "CLAIM"
AGAINST AND OR
ADMENDED DEFENDANTS

LIST To be Added - The Following:

DEFENDANTS: Per Citations In Original Filings

#3 THE OWNERS OF THE WORLD TRADE CENTER.

DEFENDANT: AMMENDED

#4 THE BATTERY PARK CITY AUTHORITY.

#5 THE EMPLOYMENT AGENCIES, EMPLOYMENT CONTRACTORS. (For 9-11 W.T.C. First Responder

# (6) THE "CITY OF NEW YORK"

# (7) THE "STATE OF NEW YORK"

10. CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE: PER: FED. R. CV. P. AND N.Y.S. R. CV. P.

1. CORDOZA SCHOOL OF LAW, YESHIVA UNIVERSITY.
~~40 WORTH ST NEW YORK N.Y. 10013~~
55 5TH AVE NEW YORK N.Y. 10013
Phone: NO: 212-364-5340 FAX: 212-364-5341

2. GEORGETOWN UNIVERSITY SCHOOL OF LAW JOURNAL ADMIN.
600 NEW JERSEY AVE. N.W.
WASHINGTON D.C. 20001
LAWCRIMINALPROCEDURERS.GEORGETOWN.EDU

3. THE NEW YORK TIMES
620 EIGHT AVENUE
NEW YORK N.Y. 10018
ATTN: JAMES BENNETT EDITOR
DIANE BRAYTON GENERAL COUNSEL
DIARY @ NYTIMES . COM

4. MARTINEZ LAW OFFICES
815 PONCE DE LEON BOULEVARD
CORAL GABLES FL. 33134
Tel: 305-577-3477 FAX: 305-577-3477
OFFICE @ ADOGADO . COM

5. THE LAW OFFICE OF RICHARD COOPER
848 BRICKELL AVENUE
MIAMI FL. 33131
Suite 800

6. A.C.L.U. (FL)
4500 BISCAYNE BOULEVARD
MIAMI FLA. 33137
FAX NO: (305) 576-1106

7. F.I.U. College OF LAW: LEGAL CLINICS
11200 S.W. 8TH. ST. UNIV. PARK FL.
33199.
(305) 348-1118 FAX 305 348-1118

11. CERTIFICATE OF SERVICE:

I Dale Ewers Hereby Certify Under Penalty Of Perjury Information Aforementioned Is True Upon Information And Belief.

TO THIS HONOURABLE COURT: CHIEF JUDGE COLLEEN Mc MAHON MOTION : REQUEST : PETITION : DEMAND : For Court Order Instructions To The Clerk Of Court: TO FURNISH COPIES OF THIS INITIAL COMPLAINT AND THIS DOCKET AND THIS FILING VIA-MAIL or E-MAIL or FAX TO ALL PARTIES LISTED ON PAGES 5 OF 8 - 6 OF 8 - 7 OF 8 - 8 OF 8

12. RESPECTFULLY SUBMITTED:

DALE EWERS 17012262[5]

1321 N.W. 13TH STREET M. FL 33125

DALE EWERS Dale Ewers JULY, 22, 2019

13. APPENDIX: To The Most Honourable Court, Honourable JUDGE,
COLLEEN
McMAHON

AT 9-11- W.T.C. Site I DID
MY JOB ADMINISTERING
VARIOUS AIDS.

NOW I HAVE MANY MEDICAL
AILMENTS AND PRE CANCER

LIKE OTHER
FIRST MED. RESPONDERS
FIRE FIGHTERS
POLICE
ARMY - PERSONNEL ETC..

PLEASE DO YOUR JOB.

[signature]

CLERK OF COURT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE 500 PEARL STREET
NEW YORK, NY 10007
OFFICIAL BUSINESS

The Pre-Trial Detention Center
1321 NW 13 Street
Miami, FL 33125

Dale Lewis [illegible] AIN
1321 N.W. 13TH ST.
MIAMI FL 33125
P.T.D.C.

19 JUL '19

neopost
07/09/2019
US POSTAGE
FIRST-CLASS MAIL
$00.65
ZIP 10007
041L11231778

USM SDNY

2019 JUL 19 A 11: [illegible]

This correspondence originated at a
Miami-Dade Corrections and Rehabilitation facility.
MDCR is not responsible for its contents.

HONOURABLE JUDGE: Chief JUDGE
COLLEEN McMAHON:

DANIEL PATRICK MONIYAN COURT HOUSE
RETURN TO:

500 PEARL STREET
NEW YORK N.Y. 10007

Legal Mail ATTN-ANS: 8 Pages
CONFIDENTIAL.

10007$1316 C01