UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DALE EWERS,<br><br>Plaintiff,<br><br>-against-<br><br>EMPIRE STATE RECOVERY FUND; EMPIRE STATE DEVELOPMENT CORPORATION,<br><br>Defendants. | 19-CV-4599 (CM)<br><br>19-CV-4600 (CM)<br><br>CIVIL JUDGMENT |
| DALE EWERS,<br><br>Plaintiff,<br><br>-against-<br><br>SEPTEMBER 11TH VICTIM COMPENSATION FUNDS,<br><br>Defendant. | |

COLLEEN MCMAHON, Chief United States District Judge:

Pursuant to the order issued July 8, 2019, dismissing the complaints,

IT IS ORDERED, ADJUDGED AND DECREED that the complaints are dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii) and (iii). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: August 14, 2019
New York, New York

COLLEEN McMAHON
Chief United States District Judge